IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

POULTRY & EGGS, INC.

CASE NO. 82-01614 SEK
Chapter 7

FILED & ENTERED ON 4/18/2006

Debtor(s)

AMENDED ORDER

Amended motion to withdraw unclaimed funds filed by Ossi Corporation filed on 3/23/2006 (Docket No. 32) is GRANTED.

SO ORDERED.

In San Juan, Puerto Rico, this April 18, 2006.

SARA E. DE JESUS KELLOGG
U.S. Bankruptcy Judge

c:  DEBTOR (S)
    RODRIGO  OTERO SURO- DECEASED
    JOHN A. ZERBE
    OSSI CORPORATION